JS 45 (01/2008)                             **REDACTED**

| Criminal Case Cover Sheet | | | U.S. District Court |
|---|---|---|---|
| **Place of Offense:** | Under Seal: Yes ___ No X | Judge Assigned: | Hon. Patricia T. Giles |
| City    Sterling, Virginia | Superseding Indictment ___ | Criminal Number: | 1-24-CR- 180 |
| County/Parish ___ | Same Defendant ___ | New Defendant | X |
| | Magistrate Judge Case Number ___ | Arraignment Date: | ___ |
| | Search Warrant Case Number ___ | | |
| | R 20/R 40 from District of ___ | | |
| | Related Case Name and No: | 1-24-CR-173 | |

**Defendant Information:**

Juvenile -- Yes ___ No X   FBI # ___

Defendant Name: Raymond Rahbar Jr.         .   Alias Name(s) ___

Address: Great Falls, VA

Employment: ___

Birth date 1982   SS# 3062   Sex Male   Def Race ___   Nationality ___   Place of Birth Virginia

Height 6'1   Weight 224   Hair Black   Eyes Brown   Scars/Tattoos ___

Interpreter: X No ___ Yes   List language and/or dialect: ___   Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   X Not in Custody
X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**

Name:   Mark Schamel   ___ Court Appointed   Counsel conflicted out: ___

Address:  Venable LLP
          600 Massachusetts Ave NW
          Washington, DC 20001       X Retained

Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA   Christopher J. Hood   Telephone No:   703-299-3700   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation (FBI) – Special Agent Bridgit DePietto

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1344(2) | Bank Fraud | 2-4 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 5 | Felony |

(May be continued on reverse)

Date: ___   Signature of AUSA:  *CJH*

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____

### U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. § 1957 | Money Laundering – Unlawful Monetary Transactions | 6-8 |
| Set 5 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 9-10 |
| Set 6 | 18 U.S.C. § 152(2) | Bankruptcy Fraud – Perjury | 11 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |

JS 45 (01/2008)                     <u>**REDACTED**</u>

Criminal Case Cover Sheet                                                                    U.S. District Court

**<u>Place of Offense:</u>**                    Under Seal: Yes ___ No X       Judge Assigned: Hon. Patricia T. Giles

City     Sterling, Virginia         Superseding Indictment _____    Criminal Number: 1-24-CR-180

County/Parish _____        Same Defendant _____    New Defendant   X

                                Magistrate Judge Case Number _____    Arraignment Date: _____

                                Search Warrant Case Number _____

                                R 20/R 40 from District of _____

                                Related Case Name and No:   1-24-CR-173

<u>Defendant Information:</u>

**Juvenile --Yes** ___ **No** X  **FBI #** _____

**Defendant Name:** Ryan Macaulay           Alias Name(s) _____

**Address:** Gambrills, MD

**Employment:** _____

                                             **Def**
Birth date 1988     SS# 8740    Sex Male  Race _____   Nationality _____   Place of Birth _____

Height  6'2    Weight  225    Hair Black    Eyes Brown   Scars/Tattoos _____

   Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

<u>Location Status:</u>

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release      X Not in Custody

___ Arrest Warrant Requested    ___ Fugitive                 X Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought         ___ Bond

<u>Defense Counsel Information:</u>

         Rammy Barbari
Name:    Price Benowitz _____         ___ Court Appointed    Counsel conflicted out: _____

         409 7th St
         Washington, DC
Address: 20004 _____                  X    Retained

Telephone: _____                      ___ Public Defender    Federal Public Defender's Office conflicted out:

<u>U.S. Attorney Information:</u>

AUSA   Christopher J. Hood    Telephone No:  703-299-3700        Bar # _____

<u>Complainant Agency, Address & Phone Number or Person & Title</u>:

Federal Bureau of Investigation (FBI) – Special Agent Bridgit DePietto

<u>U.S.C. Citations:</u>

|       | <u>Code/Section</u>     | <u>Description of Offense Charged</u>       | <u>Count(s)</u> | <u>Capital/Felony/Misd/Petty</u> |
|-------|-------------------------|---------------------------------------------|-----------------|----------------------------------|
| Set 1 | 18 U.S.C. § 1349        | Conspiracy to Commit Bank Fraud             | 1               | Felony                           |
| Set 2 | 18 U.S.C. § 1344(2)     | Bank Fraud                                  | 3               | Felony                           |
| Set 3 | 18 U.S.C. § 1956(h)     | Conspiracy to Commit Money Laundering       | 5               | Felony                           |

(May be continued on reverse)

Date: _____            Signature of AUSA:   *CJH*

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____

### U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. § 1957 | Money Laundering – Unlawful Monetary Transactions | 8 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |