IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

AUG 2 2 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-cr-180-PTG |
| RAYMOND RAHBAR JR., | |
| *Defendant.* | |

**JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**

The United States of America, by and through Jessica D. Aber, United States Attorney, and Christopher J. Hood, Assistant United States Attorney, and the defendant, by his undersigned counsel, respectfully move this Court for entry of the attached stipulated Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1) and Federal Rule of Evidence 502(d). In support thereof, the parties state as follows:

1.      During the course of the investigation, the United States has gathered or generated voluminous documents, including electronic records, which contain the confidential information and Personally Identifiable Information (PII), such as social security numbers, tax information, or other sensitive information for victims, co-defendants, and non-parties in this case. These documents and electronic records include, but are not limited to, business records, law enforcement investigative reports, and other documents obtained by grand jury subpoena, grand jury testimony and/or other Jencks Act materials. The United States intends to produce these documents and electronic records (the "Protected Documents"), in accordance with the Federal Rules of Criminal Procedure, relevant case law, and any discovery order that is entered in this matter.

2. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery. In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained therein to third parties, other than as necessary for the defendant's investigation of the allegations and the preparation of his defenses. In addition, the proposed Protective Order prohibits the defendant from reviewing any Protected Documents outside of counsel's presence.

3. The defendant and his counsel have reviewed this Motion and the Protective Order, and have agreed to its terms.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Christopher J. Hood
Kristin Starr
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700