IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND RAHBAR JR.,<br><br>*Defendant*. | Case No. 1:24-cr-180-PTG |

**MOTION FOR STATUS CONFERENCE**

On August 15, 2024, a grand jury returned an Indictment alleging various crimes related to fraudulently obtained Paycheck Protection Program loans. ECF No. 1. On August 22, 2024, Defendant Raymond Rahbar appeared for his arraignment.[1] ECF No. 14. At the arraignment, Mr. Mark Schamel entered a limited appearance on Rahbar's behalf. According to Mr. Schamel, he and Rahbar had not yet finalized the terms of Mr. Schamel's continued representation. On August 29, 2024, Mr. Schamel indicated by email that he had not yet been formally retained by Rahbar. Mr. Schamel noted that while he hoped he would eventually be able to appear on behalf of Rahbar, he had advised Rahbar to apply for court-appointed counsel in the interim. As of the date of this filing, the Clerk's Office has not heard from Rahbar or received a financial affidavit from him as required to get court-appointed counsel.

To ensure that Rahbar has counsel and to prevent unnecessary delay, the United States respectfully requests the Court set this matter for a status conference. A status conference would

---

[1] Rahbar's alleged coconspirator, Ryan Macaulay, also appeared at the arraignment.

help clarify Rahbar's representation situation. This, in turn, will allow the Court to determine whether to appoint counsel for Rahbar.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/ Christopher J. Hood

Christopher J. Hood
Kristin Starr
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system which will generate a Notice of Electronic Filing to all parties of record.

Christopher J. Hood
Assistant United States Attorney