IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 1:24-cr-180-PTG-1 |
| | ) | |
| RAYMOND RAHBAR, | ) | |
| Defendant. | ) | |

### DEFENDANT RAHBAR'S MOTION TO DISMISS COUNT 13 OF THE SUPERSEDING INDICTMENT FOR FAILURE TO STATE AN OFFENSE

**COMES NOW** the Defendant Raymond Rahbar, through counsel, and respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b)(1), to dismiss Count 13 of the Superseding Indictment (Dkt. 38, Aggravated Identity Theft) for failure to state an offense, on the grounds set forth in the Memorandum of Law filed simultaneously herewith.

Dated: November 19, 2024                                  Respectfully submitted,

/s/                                                                            /s/
Joseph Flood                                                    Patrick F. Stokes *(applied pro hac vice)*
SHELDON & FLOOD, PLC                                Alyse Ullery *(applied pro hac vice)*
10621 Jones Street, Suite 301-A                       GIBSON, DUNN & CRUTCHER LLP
Fairfax, V.A. 22030                                            1700 M Street, N.W.
Telephone: 703.691.8410                                 Washington, D.C. 20036
Email: jflood@sfhdefense.com                         Telephone: 202.955.8500
                                                                              Email: pstokes@gibsondunn.com
                                                                              Email: aullery-glod@gibsondunn.com

*Attorneys for Defendant Raymond Rahbar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed by CM/ECF on this the 19th day of November, 2024, which will then send a notification to all counsel of record.

/s/
Joseph Flood
SHELDON & FLOOD, PLC
10621 Jones Street, Suite 301-A
Fairfax, V.A. 22030
Telephone:  703.691.8410
Email:  jflood@sfhdefense.com

*Attorney for Defendant Raymond Rahbar*