IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Crim. No. 1:24-cr-180-PTG-1 |
| ) | |
| RAYMOND RAHBAR, ) | |
| Defendant. ) | |

### DEFENDANT RAHBAR'S MOTION TO SUPPRESS SEARCH OF GOOGLE ACCOUNT

**COMES NOW** the Defendant, Raymond Rahbar, through counsel, and respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 12(b)(3), to order suppression of (1) all evidence obtained from the search of Google applications or features other than Gmail related to Defendant's email address "raymond@byndfit.com"; (2) all evidence obtained pursuant to Attachment B, Section I, Paragraphs (a)–(d) and (i) of the search warrant dated after August 1, 2021; and (3) all evidence obtained pursuant to Attachment B, Section I, Paragraphs (e)–(h) and (j).

Dated: November 19, 2024

Respectfully submitted,

/s/
Joseph Flood
SHELDON & FLOOD, PLC
10621 Jones Street, Suite 301-A
Fairfax, V.A. 22030
Telephone: 703.691.8410
Email: jflood@sfhdefense.com

/s/
Patrick F. Stokes *(applied pro hac vice)*
Alyse Ullery *(applied pro hac vice)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Email: pstokes@gibsondunn.com
Email: aullery-glod@gibsondunn.com

*Attorneys for Defendant Raymond Rahbar*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will generate a Notice of Electronic Filing to all parties of record.

/s/
Joseph Flood
SHELDON & FLOOD, PLC
10621 Jones Street, Suite 301-A
Fairfax, V.A. 22030
Telephone:  703.691.8410
Email:  jflood@sfhdefense.com

*Attorney for Defendant Raymond Rahbar*