# Exhibit 1

## <u>DECLARATION OF RECORDS CUSTODIAN</u>

My name is Melina Lezis, I am over 21 years of age, of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated.

I am an authorized agent of Ally Bank ("Ally").  There is no one person who is the custodian of records related to the accounts relate to or in the name of Ryan Macaulay.

However, since receiving this Subpoena on behalf of Ally, I coordinated the collection and temporarily have custody of the responsive documents for purposes of responding to the Subpoena.

The documents produced by Ally in response to the Subpoena and are true and correct copies of original servicing records within its custody or control and are maintained in the usual and regular course of its business. There are a total of 156 pages produced in response to this subpoena. All memoranda, reports, and records of data compilations were made at or near the time by, or from information transmitted by, a person with knowledge of the events, acts, conditions, opinions or facts described.  These records are kept in the course of Ally's regularly conducted business activity, and it is the regular practice of Ally to make or keep such records.

I declare under penalty of perjury under the laws of Virginia above information is true and correct, and that this Declaration was executed on May 1, 2024 in Fort Washington, Pennsylvania.

By: _____
Melina Lezis

Digitally signed by Melina Lezis
DN: cn=Melina Lezis, c=US,
o=Ally Bank,
email=Melina.Lezis@Ally.com
Date: 2024.05.01 15:05:58 -04'00'

ND 4824-6555-0475

US-00036860

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _____WILLIAM VAUGHAN_____ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _ATLANTIC UNION BANK_____ (business), and that my official title is _CENTRALIZED FULFILLMENT SPEC_(title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____AUB_____ (business), and that I am the custodian of the attached records consisting of __60PDFS__ pages. I have provided the following records to the United States:

STATEMENTS                    LOAN DOCUMENTS
_____
CHECKS
_____
DEPOSITS
_____
WIRES
_____
SIGNATURE CARDS
_____
RESOLUTIONS
_____

I further state that:

A.   all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.   such records were kept in the course of a regularly conducted business activity of _____AUB_____ (business); and

C.   such records were made by _____AUB_____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_William Vaughan_____
(Signature)
_12.08.22_____
(Date)
_4355 INNSLAKE DR GLEN ALLEN VA 23060_          22-2 / 22GJ2201 / 22-4078
(Address)
_804-448-0751_____
(Phone)

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, ___JULIE ROLAND___ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by ___ATLANTIC UNION BANK___ (business), and that my official title is _____ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____AUB_____ (business), and that I am the custodian of the attached records consisting of ___48PDFS___ pages. I have provided the following records to the United States:

___LOAN DOCUMENTS___
_____
_____
_____
_____
_____
_____

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of ____AUB_____ (business); and

C. such records were made by _____AUB_____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
(Signature)
11.22.23
_____
(Date)
4355 INNSLAKE DR GLEN ALLEN VA 23060
_____
(Address)

22-2 / 22GJ2201 / 22-4078

_____
(Phone)

AMC BUILDING - BF CHINATOWN LLC

US-00037182

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _JULIE ROLAND_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _ATLANTIC UNION BANK_ (business), and that my official title is _____ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of ___AUB___ (business), and that I am the custodian of the attached records consisting of _48PDFS_ pages. I have provided the following records to the United States:

LOAN DOCUMENTS

_____

_____

_____

_____

_____

_____

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of ___AUB___ (business); and

    C.    such records were made by ___AUB___ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_Julie Roland_
(Signature)

11.22.23
(Date)

4355 INNSLAKE DR GLEN ALLEN VA 23060
(Address)

22-2 / 22GJ2201 / 22-4078

804-538-5966
(Phone)

AMC BUILDING - BF CHINATOWN LLC

US-00037186

24-1/2022R02201-0013

## Attachment E – Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6), 902(11), and 902(13) regarding certified domestic records of regularly conducted activity and certified records generated by an electronic process or system, I hereby certify the following:

1. I am employed by _____ATLANTIC UNION BANK_____ ("the Business").
   My official title is _____Supervisor- Deposit Ops_____, and I am designated by the Business as a Custodian of Records with the authority to make this Certificate.

2. Each document, memorandum, report, video, audio, and/or data compilation (collectively, "records") submitted herewith is a record made and retained by the Business.

3. The information in each attached record was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters and/or was generated by an electronic process or system that produces an accurate result.

4. Each attached record was kept in the course of the regularly conducted activity of the Business.

5. It is the regular practice of the Business to make and retain each attached record.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____5/24/24_____

_____*Julie Roland*_____
Signature

_____JULIE ROLAND_____
Name of Records Custodian

AMC BUILDING GROUP

statements - checks - deposits - wires - signature card - resolution - cbo

US-00037454



**Case No.: 23-3/2022R02201-0008**
**Date Served: 04/19/2024**

**Reference ID: 24-5771**

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11)**

I, Candace Laackmann, pursuant to 28 U.S. Code §, attest that I am employed by The Bancorp Bank, N.A., and my official title is  Subpoena Analyst. I further that state each of the produced records is the original or duplicate of the original records in the custody of The Bancorp Bank, N.A.

Pursuant to Federal Rules of Evidence Rule 803(6)(a)- (c), the produced records are the product of regularly conducted business activity.

I further certify that the documents produced were:

- *Made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;*

- *The records were kept in the course of regularly conducted business activity; and*

- *The records were made by regularly conducted business activity as a regular practice.*


I declare under penalty of perjury that the foregoing is true and correct.


*Candace Laackmann*                                                  May 3, 2024

_____                    _____

US-00037725

**BANK OF AMERICA**

**Reference number**
D120722000557
**Court case number**
2022R02201
**Court or issuer**
U.S Attorney's Office
**Court case name:**
RAYMOND RAHBAR

# Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Sandra Nelson, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Sandra Nelson, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| RAYMOND RAHBAR | 2434 | Debits, Statement Pages, Signature Card, Cashier's Checks, Wire Report, Surveillance, Deposits, Offsets | 2013-09 - 2022-11 |

3. **Production**

   _____x__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

US-00019572

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/01/2023   Signature: Sandra Nelson

Digitally signed by Sandra Nelson
Date: 2023.02.01 19:12:28 -05'00'

US-00019573

Bank of America Legal Order Processing
Regarding reference number: D051923000464
Court case number: 2022R02201
Court or issuer: BRIDGIT DEPIETTO
Court case name: AMERICAN MAJESTIC
CONSTRUCTION

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Briana Marin, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| AMERICAN MAJESTIC CONSTRUCTION, LLC | 4897 | Statement Pages, Signature Card, Debits, Credits, Corporate Resolution, | 2019-01 - 2020-01 |
| AMERICAN MAJESTIC CONSTRUCTION, LLC | 7161 | Statement Pages, Application | 2019-01 - 2021-02 |

3.) Production.
  X     The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                   OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Briana Marin
_Digitally signed by Briana Marin Date: 2023.06.06 08:46:21 -07'00'_

Date:06/06/2023_____    Signature:_____

**BANK OF AMERICA**

Reference number
D120722000557
**Court case number**
2022R02201
**Court or issuer**
U.S Attorney's Office
**Court case name:**
RAYMOND RAHBAR

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Sandra Nelson, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Sandra Nelson, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| RAYMOND RAHBAR | 2434 | Debits, Wire Report, Deposits, Offsets | 2013-09 - 2022-11 |

3. **Production**

   _____X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

US-00034254

4.  I declare under penalty of perjury that the foregoing is true and correct.


Date: 12/27/2023   Signature: Sandra Nelson    Digitally signed by Sandra Nelson
                                                Date: 2023.12.27 11:17:56 -05'00'

US-00034255

BANK OF AMERICA

**Reference number**
D042224000249
**Court case number**
23-3/2022R02201-0005
**Court or issuer**
UNITED STATES ATTORNEY'S OFFICE
**Court case name:**
RYAN MACAULAY

# Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Yajaira Almaraz, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Yajaira Almaraz, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a
   regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| RYAN A MACAULAY | (7731) 1460    (7567) | APPLICATION , STATEMENT PAGES | 2020-11 - 2024-04 |
| RYAN A MACAULAY ANDREA M MACAULAY | 2677 | STATEMENT PAGES, SIGNATURE CARD | 2020-01 - 2022-11 |
| RYAN A MACAULAY ANDREA M MACAULAY | 9043 | STATEMENT PAGES, SIGNATURE CARD | 2020-01 - 2022-11 |

3. **Production**

   __X____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 07/03/2024 _____ Signature: _____ YAJAIRA ALMARAZ

Digitally signed by YAJAIRA
ALMARAZ
Date: 2024.07.03 12:32:55 -07'00'

LGLDEPDOC00-65-5248NSBWD042224000249

US-00039670

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Audrey A. Phillips, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by City First Bank, National Association, and that my official title is VP, Corporate Secretary. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of City First Bank, National Association, and that I am the custodian of the attached records. I have provided the following records to the United States:

> Documents responsive to the Subpoena, consisting of 71 electronic files comprised of loan documents, communications files and related attachments, and any other documents pursuant to the Subpoena.

I further state that:

    A.    All records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    Such records were kept in the course of a regularly conducted business activity of City First Bank, National Association; and

    C.    Such records were made by City First Bank, National Association as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
(Signature)

March 7, 2023_____
(Date)

1432 U Street NW
Washington, DC 20009_____                    22-3 / 22GJ2201 / 23-527
(Address)

202-243-7100_____
(Phone)

DocuSign Envelope ID: B20D2F57-A6B4-45C2-B1A1-4GC2E3E2ED60

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, __samantha Beechan__ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by __Cross River Bank__ (business), and that my official title is __Program Manager__ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __Cross River Bank__ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

_____

_____

_____

_____

_____

_____

I further state that:

     A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

     B.    such records were kept in the course of a regularly conducted business activity of __Cross River Bank__ (business); and

     C.    such records were made by __Cross River Bank__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_Samantha Beechan_
DocuSigned by:
29FEC101DBF5409...
(Signature)

December 5, 2022
_____
(Date)

_____
(Address)

22-2 / 22GJ2201 / 22-4080

_____
(Phone)

23-1/2022R02201-0010

## Attachment D – Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6), 902(11), and 902(13) regarding certified domestic records of regularly conducted activity and certified records generated by an electronic process or system, I hereby certify the following:

1. I am employed by ___Division of Corporations___ ("the Business"). My official title is ___Corporations FT Administrator___, and I am designated by the Business as a Custodian of Records with the authority to make this Certificate.

2. Each document, memorandum, report, video, audio, and/or data compilation (collectively, "records") submitted herewith is a record made and retained by the Business.

3. The information in each attached record was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters and/or was generated by an electronic process or system that produces an accurate result.

4. Each attached record was kept in the course of the regularly conducted activity of the Business.

5. It is the regular practice of the Business to make and retain each attached record.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: ___5/14/2024___

_June Bilbrough_
Signature

June Bilbrough
Name of Records Custodian

US-00037277

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "BF CHINATOWN LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-SECOND DAY OF OCTOBER, A.D. 2018, AT 11:27 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "BF CHINATOWN LLC".



Jeffrey W. Bullock, Secretary of State

7113236  8100H
SR# 20242108388
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203468422
Date: 05-14-24

US-00037278

## CERTIFICATE OF RECORDS

I, *Scott Bernier*, hereby certify that:

1.  I am the Director of Consumer Services and the custodian of records at Early Warning Services("the Company"), located in Scottsdale, AZ.

2.  I have examined the records of the Company and they contain the attached documents, eachof which is the original or the duplicate of the original records, described more particularly as Comprehensive File Disclosure(s) and/or Summary File Disclosure(s).

3.  These records were made at or near the time of the occurrence of the matters set forth therein,by a person with knowledge of these matters or from information transmitted by such a person.

4.  These records were kept in the course of a regularly conducted activity of the Company.

5.  Making the records was a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 01, 2023.



Scott Bernier
Director
FCRA Operations & Executive Resolution
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

## Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

  Serena Alvarez
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 01, 2023.

*Serena Alvarez*

Serena Alvarez
Sr.  Manager
Delivery Management, Delivery Operations
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Cynthia Price_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _The Freedom Bank of Virginia_ (business), and that my official title is _Director of Compliance_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _The Freedom Bank of VA_ (business), and that I am the custodian of the attached records consisting of _1015_ pages. I have provided the following records to the United States:

_Loan Information, emails, Bank Statements, Deposit, Wires_
_Debit Card Appl, Signature Card, accounts information etc._
_etc._

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of _The Freedom Bank of VA_ (business); and

    C.    such records were made by _The Freedom Bank of VA_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_(Signature)_

_5/30/2023_
(Date)

_10555 Main Street Fairfax, Va 22030_    22-3 / 22GJ2201 / 23-1993
(Address)

_703-667-4142_
(Phone)

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS**
**PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Thyda Preico_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _The Freedom Bank of Bank_ (business), and that my official title is _SVP, Director of Compliance/BSA Officer_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Freedom Bank of Va_ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

_The records Include, Loan, Deposit files, transactions_
_documents and correspondence._

I further state that:

A.  all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.  such records were kept in the course of a regularly conducted business activity of _The Freedom Bank of Va_ (business); and

C.  such records were made by _The Freedom Bank of VA_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_(Signature)_

_Jan, 6, 2023_
(Date)

_10.555 Main Streed #200 Fairfax Va 27036._
(Address)

22-2 / 22GJ2201 / 22-4087

_903-667-4142._
(Phone)

US-00023785

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Thuda Preico_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _The Freedom Bank of Bank_ (business), and that my official title is _SVP, Director of Compliance/BSA Officer_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Freedom Bank of Va_ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

_The records Include, Loan, Deposit files, transactions_
_documents and correspondence._

_____

_____

_____

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of _The Freedom Bank of Va_ (business); and

    C.    such records were made by _The Freedom Bank of VA._ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
(Signature)

_Jan, 6, 2023_
(Date)

_10.555 Main Street #200 Fairfax Va 22036._
(Address)

22-2 / 22GJ2201 / 22-4087

_903-667-4142._
(Phone)

US-00032502

CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Barbara Bowman_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _FVCbank_ (business), and that my official title is _AVP Deposit Operations_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _FVCbank_ (business), and that I am the custodian of the attached records consisting of _Multiple_ pages. I have provided the following records to the United States:

_All documents related to 9 checking Accounts_
_All documents related to 2 Loans_

I further state that:

A.   all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.   such records were kept in the course of a regularly conducted business activity of _FVCbank_ (business); and

C.   such records were made by _FVCbank_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_[Signature]_
(Signature)

_1/23/2023_
(Date)

_7900 Sudley Rd St. 200_
(Address) _Manassas VA 20112_

_703-436-5856_
(Phone)

22-2 / 22GJ2201 / 22-4089

US-00011439



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *RAYMOND.RAHBAR@GMAIL.COM,* with Google Ref. No. 65423922 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Hazel Paysinger_____          Date: July 29, 2024
(Signature of Records Custodian)


        Hazel Paysinger
(Name of Records Custodian)

US-00121523



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with Google Workspace (formerly known as G Suite) records for *BYNDFIT.COM,* with Google Ref. No. 62914877 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


____/s_Patrick Wong_____          Date: 09/13/24
(Signature of Records Custodian)


        Patrick Wong
(Name of Records Custodian)

US-00121729

**AFFIDAVIT OF RECORDS CUSTODIAN OF GUSTO, INC.**

I, M. Michael Cole, am employed by Gusto, Inc. (formerly known as ZenPayroll, Inc. d/b/a Gusto) with a principal location of 525 20th Street San Francisco, CA 94107.

I am a member of the Legal Operations team at Gusto. I am a duly authorized Records Custodian of Gusto. As a duly authorized Records Custodian of Gusto, I am authorized to certify the record(s) referenced herein, produced on January 13, 2023. The record(s) produced are more fully described below:

- Account opening documents
- Employee information
- Paystubs and payroll journals
- Company payment records
- Company, employee tax records
- Invoices

Furthermore, I certify that:

1. Each record produced is an original or true and correct copy of the original record in the custody of Gusto.
2. Each record produced was made at or near the time of the occurrence of the matter(s) set forth.
3. Each record produced was made and kept in the regular course of business.
4. I have examined the record(s) produced and have a reasonable belief that the information is true and correct.
5. The records were produced in response to USAO no. 22-2 / 22GJ2201 / 22-4091

I declare under penalty of perjury the foregoing is true and correct.

_M. Michael Cole_
M. Michael Cole
Legal Operations
Gusto, Inc.

01/13/2023
Date

23-3/2022R02201-0007

## Attachment E – Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6), 902(11), and 902(13) regarding certified domestic records of regularly conducted activity and certified records generated by an electronic process or system, I hereby certify the following:

1. I am employed by _____ Navy Federal Credit Union _____ ("the Business"). My official title is _____ Subpoena Specialist _____, and I am designated by the Business as a Custodian of Records with the authority to make this Certificate.

2. Each document, memorandum, report, video, audio, and/or data compilation (collectively, "records") submitted herewith is a record made and retained by the Business.

3. The information in each attached record was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters and/or was generated by an electronic process or system that produces an accurate result.

4. Each attached record was kept in the course of the regularly conducted activity of the Business.

5. It is the regular practice of the Business to make and retain each attached record.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____ 06/07/2024 _____

Signature

Julie Williams
**Name of Records Custodian**

US-00037474



Global Investigations
**Global Financial Crime and Customer Protection**
**Risk and Platforms (RP)**

**AFFIDAVIT for Business Records Certification**

I, ___Jenae Pansmith_____, certify and declare as follows for Case01199465

1. I am over the age of 18 years.

2. The business address for PayPal Holdings, Inc. is 2211 N. 1ˢᵗ St., San Jose CA 95131.  PayPal Holdings, Inc. (hereinafter, "PAYPAL") offers a number of products and services (e.g. core PayPal, Xoom, Venmo (a service of PayPal, Inc.), Braintree).

3. I am employed by PayPal's Global Investigations group and serve as a custodian of records on services and products including: PayPal, Venmo, Braintree, Xoom, and PayPal Working Capital.

4. Based on my knowledge of PAYPAL's business records practices and procedures, I further certify that:

    a. the enclosed records are a true and correct copy of the original records kept by PAYPAL in the ordinary course of business;

    b. the information contained in the records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

    c. it is the regular practice of PAYPAL to make such a record of transactions in the ordinary course of business;

    d. the records for this case are gathered and stored in the routine course of business, and were retrieved from PAYPAL's databases according to our standard business practices;

    e. I reviewed records to ensure that they conform to the information as stored in the databases.

The records for Case01199465 contain the following data:

☒ Registration Information
☒ Funding Sources
☒ Activity

PayPal Affidavit

US-00023738



Global Investigations
**Global Financial Crime and Customer Protection
Risk and Platforms (RP)**

### AFFIDAVIT for Business Records Certification

Case01199465 continued:

The following Venmo accounts are included in these case records:

5514560

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: 12/16/2022                By: Jenae Pansmith

                                 Digitally Signed: *Jenae Pansmith*

PayPal Affidavit

**TRUIST** ⊞

FIU-Fulfillment Services
P.O. Box 620577
FL-ORL-7136
Orlando, FL 32809

RE: RAHBAR, RAYMOND ET AL

## CERTIFICATION OF BANK RECORDS

I, Sarai Marengo Delgado do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

*Sarai Marengo Delgado*
Signature

07/20/2023
Date



FIU-Fulfillment Services
P.O. Box 620577
FL-ORL-7136
Orlando, FL 32809

RE: MACAULAY, RYAN

## CERTIFICATION OF BANK RECORDS

I, **ANDREA MCNEIL** do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_Andrea McNeil_
Signature

_____May 24 2024_____
Date

US-00037302

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC PUBLIC RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(4)**

I, Rachel Bramble (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation), that I am a public employee employed by the Virginia Employment Commission (hereafter "Agency"), a public agency of the Commonwealth of Virginia, and that my official title is Information Control Analyst Sr. I am a custodian of records for the Agency. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of the Agency and that I am the custodian of the attached records consisting of 64 (sixty-four) pages. I have provided the following records to the United States:

VEC records and payroll for BF Chinatown LLC, FEIN: 84-3623263 (33 pgs); BF Georgetown Waterfront LLC, FEIN: 84-4721082 (10 pgs); and Raymond Rahbar, SSN: 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 (17 pgs). The VEC has no records for 8533 Georgetown Pike LLC, FEIN: 82-3781719; American Majestic Construction LLC, FEIN: 82-6608890; BF Management LLC, or AMC Building Group Inc.

I further state that:

A. all records attached to this certificate are official records or reports or entries therein, or documents authorized by law to be recorded or filed in the Agency, a public office;

B. with respect to all records attached to this certificate that contain the signature in the official capacity of an officer or employee of the Agency, the signing officer or employee had the official capacity purported by that signature, and the signature is genuine;

C. with respect to all records mentioned in (B) above, I am a public employee having a seal and having official duties in the district or political subdivision of the signing officer or employee and the Agency, and I have affixed my seal to this certification; and

D. all records attached to this certificate are records, reports, statements, or data compilations of the Agency which set forth (i) the activities of the Agency and/or (ii) matters observed pursuant to a duty imposed by law as to which matters there was a duty to report.

I further state that this certificate is intended to satisfy Rule 902(4) of the Federal Rules of Evidence.

Executed on: December 14, 2022

_Rachel Bramble_
Signature

Rachel Bramble
Name (typed or printed)
Information Control Analyst Sr.
Title

Virginia Employment Commission
6606 West Broad Street
Richmond, Virginia 23230
(804) 786-8533

US-00009206

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC PUBLIC RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(4)**

I, <u>Debra A. McDonald</u>, attest under penalties of perjury (or criminal punishment for false statement or false attestation), that I am a public employee employed by the Virginia Employment Commission (hereafter "Agency"), a public agency of the Commonwealth of Virginia, and that my official title is <u>Supervisor, Information Control</u>.  I am a custodian of records for the Agency.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of the Agency and that I am the custodian of the attached records consisting of <u>6</u> pages.  I have provided the following records to the United States:

<u>No records for EIN 37-1541704 (5 pages) and 82-4570078 (1 page) for the period of January 1, 2019 to present.</u>

I further state that:

    A.  all records attached to this certificate are official records or reports or entries therein, or documents authorized by law to be recorded or filed in the Agency, a public office;

    B.  with respect to all records attached to this certificate that contain the signature in the official capacity of an officer or employee of the Agency, the signing officer or employee had the official capacity purported by that signature, and the signature is genuine;

    C.  with respect to all records mentioned in (B) above, I am a public employee having a seal and having official duties in the district or political subdivision of the signing officer or employee and the Agency, and I have affixed my seal to this certification; and

    D.  all records attached to this certificate are records, reports, statements, or data compilations of the Agency which set forth (i) the activities of the Agency and/or (ii) matters observed pursuant to a duty imposed by law as to which matters there was a duty to report.

I further state that this certificate is intended to satisfy Rule 902(4) of the Federal Rules of Evidence.

Executed on:  <u>May 30, 2023</u>

                             *Debra A. McDonald*
                                            Signature
                            <u>Debra A. McDonald</u>
                            Name (typed or printed)
                            <u>Supervisor Information Control</u>
                            Title

                            Virginia Employment Commission
                            6606 West Broad Street, Suite 113
                            Richmond, Virginia 23230
                            (804) 786-6506

US-00121993

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Office of the Clerk of the Commission related to BF Georgetown Waterfront LLC, a Virginia limited liability company.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_Bernard J. Logan_

Bernard J. Logan, Clerk of the Commission

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Clerk's Office of the Commission relating to AMC Building Group Inc..

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_____
Bernard J. Logan, Clerk of the Commission

US-00023758

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Office of the Clerk of the Commission related to BF Management LLC, a Virginia limited liability company.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_____
Bernard J. Logan, Clerk of the Commission

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Office of the Clerk of the Commission related to AMERICAN MAJESTIC CONSTRUCTION L.L.C., a Virginia limited liability company.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_Bernard J. Logan_

Bernard J. Logan, Clerk of the Commission

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Office of the Clerk of the Commission related to 8533 Georgetown Pike LLC, a Virginia limited liability company.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_Bernard J. Logan_

Bernard J. Logan, Clerk of the Commission

US-00023783

# Commonwealth of Virginia



## State Corporation Commission

## CERTIFICATE OF FACT

I Certify the Following from the Records of the Commission:

BF Chinatown LLC is not the name of any Virginia or foreign limited liability company shown as currently active on the business entity records maintained by the Clerk's Office of the Commission.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

December 22, 2022

_____
Bernard J. Logan, Clerk of the Commission

CERTIFICATE NUMBER : 2022122218134931

# Commonwealth of Virginia



## State Corporation Commission

I Certify the Following from the Records of the Commission:

The foregoing is a true copy of all business entity documents on file in the Office of the Clerk of the Commission related to BF Chinatown LLC, a Virginia limited liability company.

Nothing more is hereby certified.



Signed and Sealed at Richmond on this Date:

May 7, 2024

Bernard J. Logan, Clerk of the Commission

US-00037261



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Karen Jackson, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

   A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

   B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

   C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 29393102

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Deposits with offsets | XXXXXXXXX4436 | 128 | 128 |
| Signature Cards | XXXXXXXXX4436 | 1 | 1 |
| Statements | XXXXXXXXX4436 | 206 | 206 |
| Checks/Debits | XXXXXXXXX4436 | 12 | 12 |
| | | **Total Copies Delivered:** | **347** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Virginia that the foregoing is true and correct according to my knowledge and belief. Executed on this 7th day of May, 2024, in the City of Charlotte, State of NORTH CAROLINA.

*Karen Jackson*
_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 29393102; Agency Case No: 2332022R022010009

US-00037737