Date: 4/10/2025     Judge: **Patricia T. Giles**     Reporter: Scott Wallace
Time: 12:16 P.M. to 12:53A.M.     Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
    Vs.

| **RAYMOND RAHBAR** | **1:24-CR-180** |
|---|---|
| Defendant's Name | Case Number |

| Thomas Flood and Alyse Ullery | Christopher Hood and Kristin Starr |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions     ( ) Setting Trial Date     (✓) Change of Plea     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     ( ) Other: _____

Defendant appeared:     (✓) in person     ( ) did not appear
                                 (✓) with Counsel     ( ) without counsel     ( ) through counsel

Filed in open court:
( ) Criminal Information     (✓) Plea Agreement     (✓) Statement of Facts     ( ) Sealed Document     ( ) Waiver of Ind.

**PLEA AGREEMENT HEARING**
- Defendant PG to counts 1 and 12 of the Superseding Indictment filed.
- Defendant referred to USPO for PSIR
- Case continued to **9/11/2025** at **9:00 a.m.** for a Sentencing.
- Defendant continued on previous conditions.