FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry: 06/26/2024

LARA ADEKUNLE, email address [redacted] telephone number [redacted] was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ADEKUNLE provided the following information:

ADEKUNLE attended Georgetown University. She was a student athlete. She attended a student athlete career fair before COVID hit. She attended the fair with two other teammates. The career fair was in person. She remembered that BYDNfit was at the career fair, handing out pamphlets and flyers. ADEKUNLE was interested in working for the gym, but the gym did not provide much information during the career fair. She recalled that they gave a mock up of what the space would look like.

After the career fair, ADEKUNLE followed up with the company. On February 14, 2020, she emailed the company to say she was interested and sent them her resume. On February 17, 2020, MOLLY SHEARER reached out to say that ADEKUNLE could come in for an interview and tour the suite. ADEKUNLE responded that she was available. MOLLY then told ADEKUNLE that she was looping in CARL PIERRE so that he can follow up with her (ADEKUNLE). CARL wrote ADEKUNLE that she should set up a conference call. However, ADEKUNLE did not have CARL's telephone number. She emailed with CARL further but did not recall ever talking to him or going in person for an interview.

ADEKUNLE did not remember any follow up after that from either MOLLY or CARL. She did not think that the gym ever opened.

Investigation on 05/30/2024 at Manassas, Virginia, United States (Phone)

File # [redacted]   Date drafted 06/13/2024

by Bridgit DePietto

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 5-8-10)

-1 of 1-

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    06/26/2024

    HALINA BEREDAY, email address ▓▓▓▓, telephone number ▓▓▓▓, was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, BEREDAY provided the following information:

    BEREDAY never worked at a gym. She never worked for a company called BYNDfit. She remembered interviewing at a gym in Washington, D.C. in connection with a student athlete fair she attended. At the time, BEREDAY was a D1 athlete at Georgetown University. She did not remember the name of the gym at which she interviewed. She only remembered the gym was supposed to have a revolutionary spin studio. She did not work at the gym she interviewed at and did not accept a job or internship with the gym.

---

Investigation on  05/29/2024  at  Manassas, Virginia, United States (Phone)

File # ▓▓▓▓                                                      Date drafted  06/13/2024

by  Bridgit DePietto

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   06/26/2024

    BRITTA NORDSTROM, telephone number ████████ was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, NORDSTROM provided the following information:

    NORDSTROM used to work at a gym with JORDAN CIMINELLI. JORDAN asked NORDSTROM to join her at a new gym (known to investigators as BYNDfit). The idea was for NORDSTROM to get hired at the new gym and teach classes at the gym. The new gym had a "cool, video game like movie theater screen" that you could watch while you rode on stationary bikes.

    NORDSTROM needed to get her certification as an instructor before she could teach classes. The certification was through Les Mills. She was going to be a cycling instructor.

    NORDSTROM went to the gym before the space even opened to get certified. She attended an orientation that may have lasted two (2) days. She did not get paid for attending the orientation or anything else. NORDSTROM paid for the certification. She did not remember how much it cost, maybe $200. She paid Less Mills directly for the certification.

    NORDSTROM did not end up getting the certification because COVID hit. She still needed to film herself instructing the workout before she could be certified and she could not get into the gym to do the filming because of COVID.

    NORDSTROM never taught a class at the new gym. The gym never even opened. NORDSTROM did not plan on teaching cycling classes anymore anyway because she was getting her law degree at the time. NORDSTROM attended law school at the Georgetown University Law Center.

    Typically fitness instructors get paid by the class, and were paid approximately $40 to $50 per class.

Investigation on  06/06/2024  at  Manassas, Virginia, United States (Phone)

File #  ████████                                        Date drafted  06/13/2024

by  Bridgit DePietto

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.