## SENTENCING MINUTES

Date: **09/25/2025**                                      Judge: **PATRICIA TOLLIVER GILES**
                                                         Reporter: S. Wallace
                                                         Time: 9:16 a.m. – 10:45 a.m.
                                                         (01:29)
                                                         Case Number: **1:24cr180-1**
                                                         Interpreter/Language: None/N/A

UNITED STATES OF AMERICA                                  Counsel/Govt: **Kristin S. Starr**

v.

**RAYMOND RAHBAR, JR.**                                   Counsel/Deft: **Joseph T. Flood, Patrick F. Stokes, Alyse Ullery**

Court adopts PSI ( **X** )          without exceptions ( )          with exceptions: ( **X** )
**Deft Objects to**: **Paragraphs 39-44 and 63** -The defendant has objected to the total loss amount – **SUSTAINED. The Court attributed a loss amount of $3.1 million and found that USSG 2B1.1(b)(1)(I) applied.**
**Paragraphs 48, 58 -** The defendant has objected to the two-level enhancement applied pursuant to USSG §3B1.3 for Abusing a Position of Trust – **OVERRULED**.
**Paragraph 54 -** objects to the two-level enhancement pursuant to USSG §2B1.1(b)(2)(A)(i) for the offense involving 10 or more victims – **WITHDRAWN.**
**Paragraph 55 -** objected to the two-level enhancement pursuant to USSG §2B1.1(b)(9)(B) – **SUSTAINED. – does not apply. Paragraph 55 to be removed from the PSIR**.

**SENTENCING GUIDELINES:**
Offense Level: 33 → 29
Criminal History: I
Imprisonment Range: Count 1: 135 to 168 months → 87 to 108
                    Count 12: 24 months, consecutive to all other Counts
Supervised Release Range: Count 1: 2 to 5 years
                          Count 12: 1 year
Fine Range: $30,000.00 to $6,505,024.00
Restitution $ **TBD**
Special Assessment $200 ($100 per each Count 1 and 12)

**JUDGMENT OF THE COURT:**
BOP for 30 months as to Count 1s and 24 months as to Count 12s to be served consecutive to Count 1s.
Supervised Release for 3 Years, with special conditions: ( **X** ) Yes     ( ) No
Restitution TBD – **Restitution Hearing set for 11/20/2025 at 9:00 a.m.**
No punitive fines/costs of incarceration imposed.
Special Assessment $200 ($100 per each Count 1 and 12)
- Consent Order of Forfeiture entered in open court.
- Defendant advised of appeal rights.
- Government to file Motion Dismissing Remaining Counts and Proposed Order.

**SPECIAL CONDITIONS**:
1) The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
3) The defendant shall provide the probation officer access to any requested financial information.

**RECOMMENDATIONS to BOP**:

| | |
|---|---|
| **X** | Dft. To be designated to: <u>FCI Cumberland, if not, a facility as close to the Northern Virginia area as possible.</u> |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other: |

Deft: (  ) Remanded     ( **X** ) Cont'd on Bond to Self-Surrender     (  ) Referred to USPO     (  ) Immediate Deportation
as notified by the USM **not before November 20, 2025.**