IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-CR-180 |
| RAYMOND RAHBAR JR., | |
| RYAN MACAULAY, | |
| *Defendants.* | |

## ORDER

This matter having come before the Court on the government's Motion to Dismiss the Indictment and the Remaining Counts of the Superseding Indictment and the Court having considered the motion, it is hereby

ORDERED that Counts 1–11 of the Indictment, Dkt. 1; and Counts 2–11, 13–14 of the Superseding Indictment, Dkt. 38; are dismissed as to defendant Raymond Rahbar, Jr., and

ORDERED that Counts 1, 3, 5, and 8 of the Indictment, Dkt. 1, are dismissed as to defendant Ryan Macaulay.

Entered this 25th day of September, 2025.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge