IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:24-cr-180-PTG-1 |
| ) | |
| RAYMOND RAHBAR, ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the Defendant's Motion to Extend Date for Self-Report, and for the reasons set forth in that motion and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion to is **GRANTED** and the Defendant is ordered to self-surrender, as notified by the United States Marshall's Service not before December 19, 2025.

Dated: 11 / 18 / 2025

_____
Hon. Patricia Tolliver Giles
United States District Court Judge

Alexandria, Virginia